# Exhibit A

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: PAPPAS v. EXPERIAN INFORMATION SOLUTIONS, ET AL.   Case Number: 1:15-cv-08115

An appearance is hereby filed by the undersigned as attorney for:
Michael Robert Pappas, Plaintiff; Sulaiman Law Group

Attorney name (type or print): Nicholas Heath Wooten

Firm: Nick Wooten, LLC

Street address: 4935 Bay Hill Drive

City/State/Zip: Conway, AR 72034

Bar ID Number:
(See item 3 in instructions)

Telephone Number: (334) 887-3000

Email Address: nick@nickwooten.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 2, 2017

Attorney signature: S/ Nicholas Heath Wooten
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

Designated Local Counsel:
Majdi Y. Hijazin- ARDC# 6284879
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200, Lombard, IL 60148