UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Michael Robert Pappas
                          Plaintiff,
v.                                       Case No.: 1:15−cv−08115
                                       Honorable Amy J. St. Eve
Experian Information Solutions, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 7, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's motion for leave to file additional appearance [152] is granted. Nicholas Wooten is given leave to file his appearance on behalf of plaintiff. Plaintiff's motion for extension of time [155] is granted. Sulaiman Law Group's response to Defendant's fee petition is due on or before 8/18/17. No appearance is required on the 8/9/17 notice motion date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.